UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 24-mj-1298 |
| v. ) | |
| ) | MAGISTRATE JUDGE HOLMES |
| DAVID WAYNE HALL ) | |

## MOTION FOR DETENTION HEARING AND TO DETAIN DEFENDANT

The United States of America, by and through Nani M. Gilkerson, Assistant United States Attorney for the Middle District of Tennessee, moves this Court to set a detention hearing and seeks to have the defendant detained pending further proceedings in this matter. Defendant appears here in the Middle District of Tennessee on a warrant on a sealed Petition for Warrant for Offender Under Supervision issued out of the Eastern District of Tennessee. Defendant is currently on supervised release following a conviction for failing to register as a sex offender.

Pursuant to Rule 32.1(a)(6) of the Rules of Criminal Procedure, this Court may release or detain the defendant under 18 U.S.C. § 3143(a)(1) pending the revocation hearing before the District Court. Rule 32.1(a)(6) also states that the defendant has the burden of establishing, by clear and convincing evidence, that he will not flee or pose a danger to any other person or to the community. The statute, 18 U.S.C. § 3143(a)(1), also states that the defendant shall be detained unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released.

Wherefore, the United States moves this Court to set a detention hearing and for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

THOMAS J. JAWORKSI
Acting United States Attorney for the
Middle District of Tennessee

/s/ Nani Gilkerson
NANI M. GILKERSON
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on counsel for the defendant, on this, the 14th day of November, 2024, via the Court's CM/ECF system and via email.

      /s/ Nani Gilkerson
      NANI M. GILKERSON